**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY VOELLGER,** | : | Case No. |
| | : | |
| Plaintiff, | : | Judge |
| | : | |
| v. | : | |
| | : | |
| **SIMOS INSOURCING SOLUTIONS, LLC,** | : | |
| | : | **COMPLAINT AND JURY DEMAND** |
| and | : | |
| | : | |
| **TRUEBLUE, INC,** | : | |
| | : | |
| Defendants. | | |

COMES NOW Plaintiff Timothy Voellger ("Plaintiff"), by and through undersigned legal counsel, and for his Complaint against Defendants SIMOS Insourcing Solutions, LLC ("SIMOS") and TrueBlue, Inc. ("TrueBlue") (hereinafter "Defendants"), alleges as follows:

## PARTIES AND JURISDICTION

1. Plaintiff is a resident of this judicial district.

2. Defendant TrueBlue, Inc. is the parent company of Defendant SIMOS Insourcing Solutions, LLC.

3. SIMOS is a Foreign Limited Liability Company with its principal place of business located at 4550 Creek Road, Blue Ash, Ohio 45242.

4. This Court has jurisdiction over Plaintiff's Complaint as Plaintiff is asserting claims under the Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964.

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1391, as the events giving rise to Plaintiff's Complaint occurred herein.

## STATEMENT OF FACTS

1

6. Plaintiff is a Caucasian male who is currently 57 years old.

7. On or about November 3, 2023, Plaintiff applied for a full-time warehouse manufacturing position with SIMOS, supporting Toyota in Blue Ash, Ohio.

8. Plaintiff was fully qualified for the position.

9. Plaintiff interviewed with SIMOS Senior Recruiter, Christina Wassem, and a supervisor located in Atlanta, Georgia.

10. Plaintiff had more relevant experience than most or all of the other applicants for the position at that time.

11. Ms. Wassem stated, among other things, that she was impressed with Plaintiff's longevity at his two previous positions of employment.

12. On November 8, 2023, Plaintiff received an email with a subject line that stated, "Welcome to the SIM family!"

13. Further, the email explicitly stated, "Thank you so much for completing our hiring process! We are glad you have joined the SIMOS family and are looking forward to working with you!"

14. On or about November 15, 2023, Plaintiff received a tour of the SIMOS/Toyota Blue Ash facility, led by a young, African American Shift Supervisor.

15. It appeared that all of the employees Plaintiff encountered on the tour were younger than he.

16. Plaintiff was not asked to demonstrate any abilities during the tour.

17. At the end of the tour, Plaintiff was told that he would be contacted later in the week with an official start date.

18. On or about November 17, 2023, Plaintiff contacted Ms. Wassem regarding his start date.

19. Plaintiff was informed, however, that he did not "pass" the tour site visit, and that he would not be offered a position.

20. Upon information and belief, Defendants had hired Michael Lesser, an African American male who was substantially younger than Plaintiff.

21. Plaintiff possessed qualifications clearly superior to those of Mr. Lesser.

22. Plaintiff previously filed a Charge of Discrimination with the Equal Employment Opportunity Commission and has received a Notice of Right to Sue.

## CAUSES OF ACTION

### Count I: Violation of the Age Discrimination in Employment Act

23. Plaintiff restates and incorporates by reference the allegations in the preceding paragraphs as if fully restated herein.

24. Plaintiff was 56 years old at the time he received a job offer from Defendant, and he was physically able to perform all the responsibilities of the position.

25. Defendant rescinded Plaintiff's job offer and denied him employment on the basis of his age, in violation of the ADEA.

26. As a result of Defendant's intentional age discrimination, Plaintiff has suffered damages in an amount to be determined at trial.

### Count II: Violation of Title VII
### Race Discrimination

27. Plaintiff restates and incorporates by reference the allegations in the preceding paragraphs as if fully restated herein and further alleges that Defendant unlawfully discriminated against him on the basis of his race when it rescinded his job offer and denied him employment in November of 2023.

28. Defendant's discriminatory refusal to hire Plaintiff was in violation of Title VII of the Civil Rights Act of 1964.

29. Defendant's unlawful discrimination was intentional and reckless, and exhibited a conscious disregard for Plaintiff's rights that had a great probability of causing substantial harm.

30. As a result of Defendant's intentional discrimination, Plaintiff has suffered damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff hereby demands judgment against Defendant as follows:

1. For an order requiring Defendant to hire him, with seniority and benefits dating back to November 2023;

2. For an award compensating Plaintiff for all of his lost back wages and benefits;

2. If instatement is deemed inappropriate, for an award of front pay and benefits;

3. For an award of liquidated damages equal to his lost wages and benefits;

4. For compensatory and punitive damages in amounts to be determined at trial;

4. For an award of his reasonable attorneys' fees and costs incurred herein;

5. For all other and further relief to which he may be entitled.

*/s/ Stephen E. Imm*
Stephen E. Imm (0040068)
Samantha B. Isaacs (0104509)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-5678
(513) 943-6669-fax
stephen@finneylawfirm.com
samantha@finneylawfirm.com
*Attorney for Plaintiff*

4

## **JURY DEMAND**

Plaintiff hereby demands trial by jury on all issues so triable.

*/s/ Stephen E. Imm*
Stephen E. Imm (0040068)
